# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** Southern District of Ohio (WD) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** C-1-00-780 | Court of Appeals Case No: 03-4110 (amended noa) |
| **SHORT CAPTION** Phillip Barnes | Case Manager: TERESA BERTKE |
| Plaintiff/Petitioner vs. City of Cincinnati  Defendant/Respondent | Date Filed: **FILED SEP 0 3 2003 LEONARD GREEN, Clerk** |
| Judge ___ Mag. ___ Journal ___ Issue ___ Docketed ___ | |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** Susan J. Dlott | **Anything That Needs Special Attention** AMENDED NOTICE OF APPEAL from doc.#'s 15, 37, 74, 80, 102, 103, & 104. |
| **Court Reporter(s):** | 03 SEP -4 AM 8:21 |
| **From Deputy Clerk:** Arthur Hill | |
| **Date:** 9/2/03 | |
| $105.00 Appeal Filing Fee Paid? No | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

\*\*Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court