IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PHILECIA BARNES,

    Plaintiff(s)

vs.

CITY OF CINCINNATI,

    Defendant(s)

Case Number: 1:00cv780

District Judge Susan J. Dlott

NOTICE OF MANUAL FILING

The following documents has been manually filed with this Office:

| Volume | Transcript of Proceedings | Date |
|---|---|---|
| I | Day 1 of trial | 2/18/03 |
| II | Day 2 of trial | 2/19/03 |
| III | Day 3 of trial | 2/20/03 |
| IV | Day 4 of trial | 2/21/03 |
| V | Day 5 of trial | 2/24/03 |
| VI | Day 6 of trial | 2/25/03 |
|    | Jury Charge Conference | 2/25/03 |
| VII | Day 7 of trial | 2/26/03 |

11/5/03

TERRY DEINLEIN, ACTING CLERK

*[signature]*
Deputy Clerk