IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PHILECIA BARNES,  :
:
    Plaintiff(s)  :
: Case Number: 1:00cv780
vs.  :
: District Judge Susan J. Dlott
CITY OF CINCINNATI,  :
:
    Defendant(s)  :

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

| Transcript of Proceedings | Date |
|---|---|
| Summary Judgment argument | 2/22/02 |

11/5/03                                      TERRY DEINLEIN, ACTING CLERK

*[signature]*
Deputy Clerk