UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PHILECIA BARNES,              :
      Plaintiff,              :
                                 :
v.                            :
                                 : C-1-00-780
CITY OF CINCINNATI,           :
      Defendant.              :

NOTICE OF MANUAL FILING

The following document has been manually filed with the Clerk's Office.

<u>Transcript of Proceedings</u>          <u>Date</u>

Hearing on Motion to dismiss         2/14/01


11/5/03                              TERRY DEINLEIN, ACTING CLERK

                                                                _____
                                                                Bill Miller, Deputy Clerk