IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Philecia Barnes, formerly known as Phillip W. Barnes | : | Case No. C-1-00-780 |
| Plaintiff | : | District Judge Susan J. Dlott |
| v. | : | ORDER |
| City of Cincinnati | : | |
| Defendant | : | |

    This matter comes before the Court on Plaintiff's Motion for Attorney's Fees. (Doc. # 105). Defendant City of Cincinnati's response to Plaintiff's motion is due January 5, 2004. Plaintiff then has until January 12, 2004 to reply to Defendant's response.

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Susan J. Dlott
    United States District Judge