UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **PHILECIA BARNES, formerly** | : | Case No. 1: 00-CV-780 |
| **known as PHILLIP W. BARNES,** | : | |
| | : | JUDGE SUSAN DLOTT |
| Plaintiff, | : | |
| | : | **PLAINTIFF'S NOTICE OF** |
| vs. | : | **SUPPLEMENTAL** |
| | : | **AUTHORITIES IN SUPPORT OF** |
| **CITY OF CINCINNATI,** | : | **MOTION FOR ATTORNEY** |
| | : | **FEES** |
| Defendant. | : | |

Plaintiff gives notice and hereby supplements her motion and supplemental motion for attorney fees with further support for the reasonableness of Plaintiff's rates. In a civil rights case tried to the bench in June 2003, Judge Marbley recently awarded Plaintiff's counsel fees at the rates of $350 per hour for Alphonse A. Gerhardstein; $250 per hour for Jennifer L. Branch; $75 and $65 for paralegals and $50 for law clerks. See attached Ex. A.

Respectfully submitted,

s/ Jennifer L. Branch
Alphonse A. Gerhardstein #0032053
Trial Attorney for Plaintiff
Jennifer L. Branch #0038893
Attorney for Plaintiff
LAUFMAN & GERHARDSTEIN
617 Vine Street #1409
Cincinnati, Ohio 45202
(513) 621-9100

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2003, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing

through the Court's system.  I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                     s/ Jennifer L. Branch
                                                    Attorney for Plaintiff