**City of Cincinnati – Police Department**
**Performance Report**

Social Security Number: 1 3 4 6 7 _ _ _ _

Performance Date: 1 2 3 1 0 3

Type: A

## PERSONAL INFORMATION

| 1. Officer's Name: Last, First, MI | 2. Badge No. | 3. Overall Score | 4. Points |
|---|---|---|---|
| BARNES, PHILECIA | P95 | | |
| 5. Unit | 6. Employee No. | | |
| DISTRICT TWO | 13467 | | |
| 7. Inclusive Dates of Rated Period | 8. Officer's Rank | | |
| 1-1-03 — 12-31-03 | POLICE OFFICER | | |
| 9. Name and Rank of Reviewer | LEAVE THIS SPACE BLANK | | |
| LIEUTENANT MICHAEL SAVARD, 13922 | | | |
| 10. Name and Rank of Rater No. 1 | 11. Name and Rank of Rater No. 2 | | |
| SERGEANT WILLIAM WATTS 13931 | SERGEANT SHIRLEY L. BROWNER 13822 | | |

### PART I

**RATER NO. 1 RECORDS SCORES IN THIS SECTION**

| Item | Scores | | Item No. | Scores |
|---|---|---|---|---|
| 1. Quality of Work | 20 | ASSIGNMENT RELATED TRAITS | 11a | 19 |
| 2. Judgment | 20 | | 12a | 19 |
| 3. Attendance & Punctuality | 19 | | 13a | 19 |
| 4. Completion of Assignment | 18 | | 14a | 20 |
| 5. Grooming and Dress | 20 | | 15a | 20 |
| 6. Maintaining Equipment | 19 | | 16a | 20 |
| 7. Physical Conditioning | 17 | | 17a | 19 |
| 8. Attitude towards Dept. policy | 18 | | 18a | 19 |
| 9. Meeting & Dealing with the Public | 18 | OVERALL SCORE OF RATER NO. 1 | | 20 |
| 10. Developing & Assisting other Officers | 20 | | | |

**RATER NO. 2 RECORDS SCORES IN THIS SECTION**

| Item | Scores | | Item No. | Scores |
|---|---|---|---|---|
| 1. Quality of Work | 19 | ASSIGNMENT RELATED TRAITS | 11a | 17 |
| 2. Judgment | 19 | | 12a | 18 |
| 3. Attendance & Punctuality | 18 | | 13a | 17 |
| 4. Completion of Assignment | 18 | | 14a | 18 |
| 5. Grooming and Dress | 17 | | 15a | 20 |
| 6. Maintaining Equipment | 18 | | 16a | 18 |
| 7. Physical Conditioning | 17 | | 17a | 18 |
| 8. Attitude towards Dept. policy | 16 | | 18a | 18 |
| 9. Meeting & Dealing with the Public | 20 | OVERALL SCORE OF RATER NO. 2 | | 19 |
| 10. Developing & Assisting other Officers | 20 | | | |

### 12. PART II

NOTE: Comments in Part II should be prefaced by one of the following symbols to establish whose comments they are: R-1 for Rater No. 1, RE for Reviewer and O for Officer.

**12a. TRAINING RECOMMENDATIONS** (Rater 1)
ANY REQUESTED.

**12a. TRAINING RECOMMENDATIONS** (Rater 2)
ANY AVAILABLE TRAINING

**12b. CAREER RECOMMENDATIONS** (Rater 1)
STUDY FOR PROMTION
INVESTIGATIVE POSITION

**12b. CAREER RECOMMENDATIONS** (Rater 2)
STUDY FOR PROMOTIONAL EXAM.

**12c. GENERAL REMARKS** (Rater 1)
GREAT PEOPLE SKILLS, GOOD BEAT OFFICERS AND ALWAYS WILLING TO ASSIST OTHER OFFICERS, had trouble court appearance this year.

**12c. GENERAL REMARKS** (Rater 2)
OFFICER BARNES IS A SELF STARTER. OFFICER BARNES DOES A GOOD JOB IN CONTROLLING SITUATIONS IN THE FIELD. OFFICER BARNES CARRIES A PROFESSIONAL ATTITUDE WHEN DEALING WITH THE PUB- -LIC.

(Attach additional pages if necessary)

### 13. Certifications

13a. Rater No. 1: My scores above indicate my best judgment
Signature: [signed]   Date: 1-2-04

13b. Rater No. 2: My scores above indicate my best judgment
Signature: [signed]   Date: 1-3-04

Rater #1 Name or Int. (Please Print): W P W
Rater #2 Name or Int. (Please Print): S L B

13c. Reviewer: I have reviewed the above report.
Signature: _____   Date: _____

13d. Officer: I have received a copy of this report.
Signature: [signed]   Date: 1-1-0_

FTX-6 Form 448

OFFICER'S COPY