IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| PHILECIA BARNES, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:00cv780 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| CITY OF CINCINNATI, | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the motion to stay the Court's ruling on attorneys' fees is DENIED, and the Court awards Barnes' counsel $527,888.37 in attorneys' fees and $25,837.36 in costs. The City's motion to stay the judgment pending appeal is GRANTED as to the monetary judgment and DENIED as to the injunctive relief.

2/27/04                                                                                         JAMES BONINI, CLERK

                                                                                                ___s/Stephen Snyder_____
                                                                                                Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.