Wed Mar 10 16:15:05 2004

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 422221
Cashier      kjl

Check Number:  00208282

DD Code    Div No
4661        1

Sub Acct Type Tender    Amount
1:086900  N    2      105.00
2:510000  N    2      150.00

Total Amount      $    255.00

CITY OF CINCINNATI

NOTICE OF APPEAL C-1-00-780

Wed Mar 10 16:15:05 2004

Check No.  00208282
Amount$  255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661