For Use by District Court Personnel Only

## TRANSMISSION FORM

FILED
JAMES BONINI
CLERK

| District Court: | **S.D. of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| | | 04 MAR 16  AM 8:46 |

| District Court Case No: | **1:00cv0780** | Court of Appeals Case No: |
|---|---|---|

| | SHORT CAPTION | *04-4110* |
|---|---|---|

| | | Case Manager: |
|---|---|---|
| **PHILECIA W BARNES fka PHILLIP W BARNES** | | *Robin Duncan* |

| Plaintiff/Petitioner | Date Filed: |
|---|---|
| vs. | |
| **CITY OF CINCINNATI** | # FILED |
| Defendant/Respondent | MAR 12 2004 |
| | LEONARD GREEN, Clerk |
| *provide pro se address IF NOT on the docket sheet | |

| District Court Judge: | **SUSAN J. DLOTT** | Anything That Needs Special Attention |
|---|---|---|
| Court Reporter(s): | **BETTY SCHWAB** | **NOTICE OF APPEAL(DOC.125) appealing ORDER(DOC.123) and JUDGMENT(DOC.124) entered on 2/27/2004.** |

| From Deputy Clerk: | **ARTHUR HILL** | |
|---|---|---|
| Date: | **3/11/2004** | |

| $255.00 Appeal Filing Fee Paid?  **YES** | |
|---|---|

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(Including the pre-sentence report psi)**    Volume(s)

Deposition(s)    Volume(s)           Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

        **JAMES BONINI**

Clerk: _____
        United States District Court