Augustine Giglio (0031911)
Assistant City Solicitor

CH AUG 17 PH 4: 01

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| PHILECIA W. BARNES, | : | CASE NO. C-1-00-780 |
| Plaintiff, | : | Judge Dlott |
| vs. | : | |
| CITY OF CINCINNATI, | : | **POSTING OF BOND** |
| Defendant. | : | |

Pursuant to the Court's Order, entered in this case on February 27, 2004, (Docket No. 123) and subsequently affirmed by the Sixth Circuit Court of Appeals on June, 2004, notice is given that Defendant City of Cincinnati posts an appeal bond in the amount of eight hundred, seventy three thousand, seven hundred thirty five dollars and seventy three cents, ($873,735.73) a copy of which is attached hereto.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

**AUGUSTINE GIGLIO (0031911)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3339
Fax: (513) 352-1515
E-Mail: gus.giglio@cincinnati-oh.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Posting of Bond has been served on Jennifer L. Branch and Alphonse A. Gerhardstein, counsel for plaintiff, at Laufman & Gerhardstein, 1409 Enquirer Building, 617 Vine Street, Cincinnati, Ohio 45202 by ordinary U. S. Mail on this 17th day of August, 2004.

AUGUSTINE GIGLIO (0031911)
Assistant City Solicitor