F I L E   C O P Y

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4110: 04-3320

FILED
JAMES BONINI
CLERK

05 JUN 17 PM 3: 15

Filed: June 16, 2005

PHILECIA BARNES, formerly known as Phillip Barnes

    Plaintiff - Appellee

1:00 CV 780
Dlott

v.

CITY OF CINCINNATI

    Defendant - Appellant

### MANDATE

Pursuant to the court's disposition that was filed 3/22/05 the mandate for this case hereby issues today.

No costs taxed

Filing Fee ..........$
Printing ............$

    Total ........$

A True Copy.

Attest:

_____
Deputy Clerk