00-0780

RECEIVED
Cincinnati
Dist SEP 9 2005

LEONARD GREEN, Clerk

03-4110
04-3320

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

September 6, 2005

FILED
SEP 12 2005
LEONARD GREEN, Clerk

FILED
JAMES BONINI CLERK
05 SEP 16 PM 4:47

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: City of Cincinnati, Ohio
v. Philecia Barnes
No. 05-292
(Your No. 03-4110, 04-3320)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 1, 2005 and placed on the docket September 6, 2005 as No. 05-292.

Sincerely,

William K. Suter, Clerk

by Melissa Blalock
Melissa Blalock
Case Analyst