**GERHARDSTEIN BRANCH & LAUFMAN**
A Legal Professional Association
617 Vine Street, Suite 1409
Cincinnati OH 45202
(513) 621-9100



PHILECIA BARNES
Cincinnati OH

Page: 1
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

Interim Statement

| Date / Staff | Description | Hours |
|---|---|---|
| **08/12/2003** | | |
| JLB | Telephone conference with client re: judgment and appeal | 0.50 |
| JLB | Draft supplemental fee petition and declaration | 1.30 |
| **08/25/2003** | | |
| JLB | General Issues review motion for stay, respond, discuss with Gus and AAG | 0.50 |
| **08/26/2003** | | |
| JLB | Draft memo in opp to Stay motion, research fee jurisdiction once appeal filed | 3.00 |
| **08/27/2003** | | |
| JLB | Draft memo opp to Stay, research fee issue | 2.20 |
| **08/29/2003** | | |
| JLB | Draft read mediation statement and send same to client | 0.20 |
| **09/03/2003** | | |
| AAG | Draft edits to memo opposing stay and review motion and rules | 0.20 |
| **09/04/2003** | | |
| JLB | Draft amended motion, create PDF attachments, file, serve defendant | 0.50 |
| **09/09/2003** | | |
| JLB | Draft issues for appeal, review transcript order form with AAG, | 1.20 |
| **09/24/2003** | | |
| AAG | Trial/hearing - PREP FOR AND PARTICIPATE IN SIXTH CIR MEDIATION | 3.80 |
| JLB | General Issues attend mediation, t/c with client | 2.50 |
| JLB | Telephone conference with | 0.60 |

PHILECIA BARNES

Page: 2
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/30/2003 | JLB | Telephone conference with client re: settlement options | 0.40 |
| 10/02/2003 | JLB | Telephone conference with Steve Lazarus re: reprimand, mtg with AAG re settlement, | 0.20 |
| 10/07/2003 | JLB | Office conference with AAG re: settlement, draft ltr to client (1) | 1.50 |
| | JLB | Research reversal rates | 1.10 |
| 10/19/2003 | JLB | Draft ltr to cl re: mediation | 0.90 |
| 10/20/2003 | LC2 | Research - adding to chart reviewing 6th Cir. jury verdicts for employee/plaintiffs - cd | 5.80 |
| 10/21/2003 | JLB | Telephone conference with client re: mediation | 0.50 |
| 10/22/2003 | LC2 | Research - finished chart for JB about reversal rates of Title VII cases in the 6th Cir. - cd | 2.00 |
| 12/01/2003 | JLB | Draft mediation plan, t/c with client, email to Al | 2.10 |
| 12/02/2003 | AAG | General Issues - prep for mediation | 0.20 |
| | JLB | General Issues prepare for mediation, read Title VII and EP cases, | 7.90 |
| | AAG | General Issues - prep for and participate in barnes mediation | 5.00 |
| 12/04/2003 | LC2 | General Issues -- picked up trial transcript from Dlott's chambers -- bmcg | 0.50 |
| 12/08/2003 | JLB | Draft ltr to Rita/Rick re: extension | 0.50 |
| 12/09/2003 | AAG | Draft edit to letter to Rita re sett | 0.20 |
| 12/16/2003 | AAG | General Issues - conf with jb re strategy | 0.30 |
| | AAG | Telephone conference with rita | 0.10 |
| 12/29/2003 | JLB | Telephone conference with Rod McFaul re: mediation status | 0.20 |

PHILECIA BARNES

Page: 3
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

|  |  |  | Hours |
|---|---|---|---|
| 12/30/2003 | JLB | Draft revised demand to City | 0.20 |
| 12/31/2003 | AAG | General Issues - review issues with branch, decide on settlement strategy | 0.70 |
|  | AAG | Telephone conference with rita re settlement | 0.20 |
| 01/05/2004 | JLB | General Issues read city's reply on fees | 0.30 |
| 01/06/2004 | JLB | Research atty fees issues raised in City's brief, draft reply brief | 6.10 |
|  | JLB | Telephone conference with client, read annual evaluation | 0.10 |
| 01/07/2004 | AAG | Draft edits to reply memo on fees, review exibit | 0.30 |
|  | JLB | Draft edit reply brief | 0.30 |
| 01/26/2004 | PAR | General Issues -2 copies of appellant brief for AG and JB -160 copies | 0.40 |
| 01/29/2004 | PAR | General Issues -copy Barnes brief for client -80 pgs | 0.10 |
|  | PAR | Research -look for criminal record | 0.10 |
|  | PAR | Telephone call to SZ | 0.10 |
|  | PAR | General issues-file in storage | 1.00 |
| 02/01/2004 | JLB | General Issues read City's brief and make notes, email to AG re strategy | 1.00 |
| 02/02/2004 | JLB | Review client documents brief and draft law clerk assignments | 0.30 |
|  | JLB | Office conference with clerk re: research assignments on appeal | 0.40 |
|  | LC2 | Research -- was city's objection to jury instruction 18 timely? - DS | 1.00 |
|  | LC | Research on evidentiary issues for appellate brief. EQS | 6.50 |
| 02/03/2004 | LC | Evidentiary research and memo regarding harmless error and hearsay. -eqs | 4.50 |
| 02/06/2004 | LC | Research -- Barnes; timely objections to jury instructions -- DS | 6.00 |
| 02/09/2004 | LC2 | General Issues - review brief of defense and outline our response | 1.70 |
|  | JLB | Office conference with AAG re: outline of appeal brief | 0.40 |
|  | JLB | Draft letter to editor | 0.10 |
|  | JLB | Draft lawclerk assignment re: index transcript | 0.10 |
|  | LC2 | Revised harmless error and evidentiary research. Began binding and |  |

PHILECIA BARNES

Page: 4
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

| Date / Initials | Description | Hours |
|---|---|---|
| | indexing district court trial testimony. -- EQS | 4.00 |
| 02/10/2004 LC2 | Indexed trial and Barnes's testimony--EQS | 6.00 |
| 02/11/2004 JLB | Telephone conference with Rod re: City's non response, email to AG | 0.20 |
| 02/20/2004 JLB | Draft motion for extension of time | 0.40 |
| 02/20/2004 LC2 | Discovery - index philecia barnes transcript- dld | 4.00 |
| 02/23/2004 JLB | Draft ltr to client re tieger ltr | 0.10 |
| 02/27/2004 JLB | Review client documents read fee decision, discuss with Al, ltr to City and mediator, ltr to client | 1.00 |
| 02/28/2004 JLB | Telephone conference with client re: fee ruling | 0.20 |
| 03/02/2004 LC2 | Discovery - indexed Barnes testimony- dld | 3.50 |
| 03/05/2004 LC2 | Discovery - indexed Barnes' testimony- dld | 2.00 |
| 03/25/2004 AAG | Draft edits to appeals brief | 3.70 |
| 03/26/2004 JLB | Draft brief on merits appeal, research issues, review trial transcript | 11.50 |
| 03/27/2004 JLB | Research and draft brief | 12.60 |
| 03/28/2004 JLB | Draft brief, edit law section, research same, draft facts, read transcript | 13.40 |
| 03/28/2004 AAG | Draft edits to brief | 4.60 |
| 03/29/2004 AAG | Draft edits to proof brief | 4.80 |
| 03/29/2004 JLB | Draft and edit facts, add Tr. cites to facts | 5.70 |
| 03/29/2004 AAG | Draft EDITS TO BRIEF | 1.50 |
| 03/29/2004 PAR | Draft brief cites | 5.70 |
| 03/29/2004 JLB | Draft add Tr cites and proofread final bried | 6.50 |
| 03/30/2004 PAR | Draft desgination of appendix | 0.30 |

PHILECIA BARNES

Page: 5
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

|  |  |  | Hours |
|---|---|---|---|
| 04/01/2004 | JLB | Draft response to motion for stay | 2.20 |
| 04/15/2004 | LC | Update attorney fee research- RJM | 2.50 |
| 04/16/2004 | LC | Update case law research on attorney fees- RJM | 2.00 |
| 04/23/2004 | PAR | General Issues -retreiveing documents for opposing counsel | 1.70 |
| 04/28/2004 | JLB | Research read 2d cir case | 0.40 |
| 05/18/2004 | LC | Research Atty. Fee Rates | 0.40 |
|  | JLB | General Issues fix jt appendix cites | 0.50 |
| 05/19/2004 | PAR | Draft -Joint appendix designations in Brief | 3.50 |
| 05/20/2004 | PAR | Discovery-citing appendix cites in brief | 0.10 |
| 05/21/2004 | PAR | Draft -inserting joint appendix cites into rbrief, proof reading brief | 3.30 |
| 06/01/2004 | JLB | Research read Smith decision - send to client | 1.00 |
| 06/07/2004 | JLB | Telephone conference with Ganulin re supplemental authority | 0.20 |
| 06/13/2004 | JLB | Draft brief on fees for 6th cir, research same | 9.10 |
| 06/14/2004 | PAR | Discovery -work on final merits, fee appeal brief -insert appendix cites, proof-read, prepare TOC, TOA, make copies for filing at courthouse | 5.30 |
|  | JLB | Draft edit brief | 5.10 |
|  | JLB | Telephone conference with client | 0.50 |
|  | LC | Proofread and cite checked brief- KR | 3.00 |
| 06/15/2004 | PAR | General Issues -copy and mail brief to client | 0.20 |
|  | LC | Cite checked fees brief- KR | 0.80 |

PHILECIA BARNES

Page: 6
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

| Date | | Description | Hours |
|---|---|---|---|
| 06/16/2004 | LC | Edited Final Brief and TOA- KR | 0.40 |
| 06/17/2004 | PAR | Draft -dralt leter and prepare mailing for city solicitor's office | 0.10 |
| 07/21/2004 | PAR | Discovery -insert Joint Appendix cites into final brief, check TOC and TOA, copy of record for brief for opposing counsel | 3.00 |
| 07/28/2004 | PAR | Draft -prepare final brief with indexes and tables | 1.40 |
| 08/12/2004 | PAR | Discovery -insert record facts and cases into brief | 0.90 |
| 08/18/2004 | PAR | Draft -cover sheets, TOC, TOA, Disclosure sheet for fee brief | 1.10 |
| 08/19/2004 | PAR | Draft-review appeal brief for grammar, citations, and prepare final brief for filing | 1.10 |
| 08/20/2004 | PAR | General Issues -prepare copies of brief for filing | 0.80 |
| | PAR | Draft -cover letter for fee brief sent to Gus | 0.10 |
| | PAR | General Issues -filing brief at courthouse | 0.60 |
| 08/24/2004 | PAR | General Issues -copy of case law | 0.10 |
| 10/26/2004 | AAG | General Issues - telephone conference with theresa Bertke 6th circ about arg order; respond to court form | 0.10 |
| 11/18/2004 | JLB | Draft supplemental authorities | 0.40 |
| 11/20/2004 | JLB | Draft supplemental authorities | 0.60 |
| 12/02/2004 | AAG | General Issues - prep for argument | 2.80 |
| | AAG | General Issues - prep arg | 1.00 |
| | AAG | General Issues - prep for argument | 0.90 |
| 12/03/2004 | JLB | Trial/hearing attend 6th Cir. argument | 0.50 |
| | JLB | Meeting with client re: appeal, draft ltr to client | 0.90 |
| | AAG | Trial/hearing - prep for and participate in oral arg of appeal and meet | |

```
                                                                          Page: 7
       PHILECIA BARNES                                                 11/22/2005
                                                        Account No:       2090-00
                                                        STATEMENT NO:           1
```

|  |  |  | Hours |
|---|---|---|---|
|  |  | briefly with client | 4.00 |
| 12/08/2004 | AAG | Draft text supp authority letter | 0.30 |
| 03/08/2005 | AAG | Draft edits to supp authority letter | 0.50 |
| 03/24/2005 | JLB | Draft press release | 0.20 |
| 06/20/2005 | LC | Research SC cert deadlines and filing requirements. HP | 0.60 |
| 07/26/2005 | AAG | Telephone conference with tax attorney re options on verdict and fee | 0.70 |
| 08/04/2005 | AAG | General Issues - meet with client | 0.30 |
| 08/05/2005 | AAG | Telephone conference with |  |
| 08/21/2005 | JLB | Draft settlement ltr to rita | 0.70 |
|  | JLB | Research cert opposition briefs | 0.50 |
| 09/06/2005 | JLB | Review client documents read cert petition, outline response, ltr to Client, | 2.00 |
| 09/19/2005 | LC2 | Research - cert issues- Jeff B | 1.00 |
|  | LC2 | Research - cert issues- Jeff B | 0.40 |
|  | LC2 | Research - cert issue- JB | 0.80 |
|  | LC2 | Research - cert issues- Jeff B | 2.10 |
| 09/20/2005 | LC2 | Draft - memo re: cert issues | 2.30 |
|  | JLB | Telephone conference with public citizen litigation group | 0.20 |
| 09/21/2005 | AAG | General Issues - review cert petition and email from JB and send email to resource person | 0.50 |
| 09/24/2005 | JLB | Draft cert opp petition | 6.80 |
| 09/30/2005 | JLB | Telephone conference with PILG attorney re: 2d opinion on cert opp | 0.60 |
|  | JLB | Draft edit cert petition opp | 0.50 |

PHILECIA BARNES

Page: 8
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

| Date | | Description | Hours | |
|---|---|---|---|---|
| 10/02/2005 | | | | |
| | JLB | Draft edits to Memo opp cert petition | 2.30 | |
| | JLB | Draft edit S Ct opp brief | 0.40 | |
| 10/03/2005 | | | | |
| | AAG | Draft edits to cert petition response | 1.40 | |
| | LC2 | Research - preponderance standard- cert brief- Jeff B | 1.50 | |
| | LC2 | Draft- revise/cite check cert opp brief- Jeff B | 2.60 | |
| | JLB | Draft edit brief | 0.40 | |
| | JLB | Draft edit brief | 1.50 | |
| 10/04/2005 | | | | |
| | JLB | Draft final edit | 0.20 | |
| | JLB | Telephone conference with mirna smith, create TOA | 0.40 | |
| | JLB | Draft proof printer'd edition of brief | 0.90 | |
| 10/05/2005 | | | | |
| | LC2 | Draft/revise/fax cert brief- Jeff B | 1.50 | |
| | JLB | Draft final brief with printer - we are good to go! | 0.40 | |
| 10/10/2005 | | | | |
| | JLB | Telephone conference with client re: S.Ct. appeal | 0.40 | |
| 10/13/2005 | | | | |
| | JLB | Review client documents review and edit time records, draft motion for fees | 1.30 | |
| 11/07/2005 | | | | |
| | AAG | General Issues - conf jennifer re fee petition, review fee petition and develop negot strategy | 0.30 | |
| | JLB | Research post judgment interest, edit motion for appeal fees. | 1.40 | |
| | JLB | Telephone conference with client re: S.Ct. decision | 0.40 | |
| 11/08/2005 | | | | |
| | JLB | Draft edit fee petition | 0.20 | |
| | JLB | Draft edit declaration | 0.10 | |
| | | For Current Services Rendered | 270.70 | 51,870.00 |

RECAPITULATION

| | Hours | Hourly Rate | Total |
|---|---|---|---|
| Gerhardstein, A.A. | 38.40 | $350.00 | $13,440.00 |
| Law Clerk | 26.10 | 50.00 | 1,305.00 |
| Law clerk 2 | 42.70 | 50.00 | 2,135.00 |
| Jennifer Branch | 131.90 | 250.00 | 32,975.00 |
| LAW CLERK (NO CHARGE) | 0.60 | 0.00 | 0.00 |
| PARALEGAL | 31.00 | 65.00 | 2,015.00 |

PHILECIA BARNES

Page: 9
11/22/2005
Account No: 2090-00
STATEMENT NO: 1

| Date | Description | Amount |
|---|---|---|
| 12/11/2003 | Appeal transcript - Betty J. Schwab | 1,199.35 |
| 09/14/2004 | BIND 6TH CIR BRIEFS - MMP PRINTING MINUTE MAN PRESS | 7.49 |
| 08/16/2005 | Professional Services - Tax advice - THE GARRETSON LAW FIRM | 460.00 |
| 10/14/2005 | Professional Services - printing of S.Ct. brief - COCKLE PRINTING COMPANY | 331.16 |
| 10/20/2005 | Overnight Mail - 3 packages - UNITED PARCEL SERVICE | 86.55 |
| 11/04/2005 | Professional Services- COCKLE PRINTING CO. - PRINTING OF S.CT. BRIEF | 455.00 |
| | TOTAL EXPENSES | 2,539.55 |
| | TOTAL CURRENT WORK | 54,409.55 |
| | Balance Due | $54,409.55 |