UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PHILECIA BARNES, formerly known as PHILLIP W. BARNES, | Case No. 1:c00-cv-780 |
| Plaintiff, | Judge Susan Dlott |
| vs. | **DECLARATION OF JENNIFER L. BRANCH IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL MOTION FOR ATTORNEY FEES** |
| CITY OF CINCINNATI, | |
| Defendant. | |

I, Jennifer L. Branch, pursuant to 28 U.S.C. §1746, declare under the penalty of perjury under the United States of America that the following is true and correct.

1. This declaration is submitted in support of the plaintiffs' final application for fees.

2. Plaintiffs' Exhibit #A sets forth all hours incurred by Alphonse A. Gerhardstein, our law clerks, paralegals and myself since August 12, 2003. The time sheets attached are an accurate representation of the services performed on behalf of the plaintiffs in this action by Alphonse A. Gerhardstein, our paralegal, our law clerks and myself. Time records were kept contemporaneously with the services being rendered. Billing judgment was exercised at the time the work was originally entered so that not all time for a particular service was recorded.

3. Exhibit A p. 9 sets forth all expenses and costs paid since August 12, 2003. Invoices and receipts will be made available to opposing counsel upon request.

Jennifer L. Branch

Date: 11/28/05