# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 7, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: City of Cincinnati, Ohio
v. Philecia Barnes
No. 05-292
(Your No. 03-4110, 04-3320)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

RECEIVED NOV 15 2005 LEONARD GREEN, Clerk

FILED NOV 30 2005 LEONARD GREEN, Clerk

FILED JAMES BOHMI CLERK 05 NOV 30 AM 9:07